■ In the Matter of DENNIS TIMMONS, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [996 NYS2d 202]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order

of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, McCarthy, Egan Jr. and Clark, JJ., concur. Ordered that the determination is confirmed, without costs, and petition dismissed.